MARTINE, Appellant, v. HUDSON VALLEY RY. CO., Respondent. (Supreme Court, Appellate Division, Third Department. November 13, 1907.) Action by Mary E. Martine, as administratrix, etc., of Godfrey R. Martine, deceased, against the Hudson Valley Railway

Company. No opinion. Judgment unanimously affirmed, with costs.